## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-8102-CAS(AJWx) | Date | April 30, 2014 |
|---|---|---|---|
| Title | STAR FABRICS INC. V. LOVE CULTURE INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers:)** PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (Dkt. #17, filed April 4, 2014)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of May 5, 2014, is vacated, and the matter is hereby taken under submission.

A jury trial in this matter is scheduled to take place on November 12, 2014, and the last day to seek leave to amend pleadings is May 16, 2014. Dkt. #16. On April 4, 2014, plaintiff Star Fabrics, Inc. filed a motion for leave to amend its complaint. Dkt. #17. On April 30, 2014, defendant Love Culture Inc. filed a notice of non-opposition to plaintiff's motion.[1] Dkt. #18. Defendant requests that plaintiff's motion be granted. Id.

Based on the parties' agreement, the Court hereby GRANTS plaintiff's motion for leave to amend its complaint.

IT IS SO ORDERED.

| 00 | : | 00 |
|---|---|---|
| Initials of Preparer | | CMJ |

---

[1] Love Culture Inc. is the only remaining defendant in this action.