UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV13-8102-CAS(AJWx) | | Date | May 22, 2014 |
|---|---|---|---|---|
| Title | *STAR FABRICS, INC. v. LOVE CULTURE, INC.; ET AL. [AND RELATED CROSS ACTIONS AND COUNTER ACTIONS]* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **CROSS CLAIMANT** show cause in writing not later than **June 6, 2014** why this action should not be dismissed for lack of prosecution **as to Cross Defendant C&CO COLLECTION.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Cross claimant is advised that the Court will consider the following:

1)    A proof of service of summons and cross complaint on **cross defendant C&CO COLLECTION**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |