Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOVE CULTURE, INC. a California corporation; et. al.,<br><br>Defendants. | Case No.: CV13-08102 CAS (AJWx)<br>*Hon. Christine A. Snyder Presiding*<br><br>**~~(PROPOSED)~~ ORDER TO STIPULATION FOR DISMISSAL OF ACTION** |

///
///
///

- 1 -

1  ORDER

2  FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY
3  ORDERED:

4  1. This action is to be dismissed with prejudice;

5  2. Each party is to bear its own costs and attorneys' fees as incurred
6  against one another in connection with this action; and

7  3. The Court will retain jurisdiction over this action to enforce the terms
8  of the agreement reached among the parties that precipitated this
9  dismissal.

10  SO ORDERED.

13  Date: May 30, 2014          By: *Christine A. Snyder*
14                                  HON. CHRISTINE A. SNYDER
15                                  United States District Judge